

#300001334

FOR THE NORTHERN DISTRICT OF TEXAS
IN THE UNITED STATES DISTRICT COURT

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 MAR -8  AM 10: 16

UNITED STATES OF AMERICA

DEPUTY CLERK  MS

| | |
|---|---|
| **JIANBIN YUAN,** an individual<br>    **Plaintiff**<br>v.<br>**UNITED STATES SECRET SERVICE (USSS),**<br>    **Defendant.** | **Case No:**<br>**Jury Trial Demanded**<br><br>3-23CV0516-D |

### COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS

Plaintiff, the United States of America, by and through its undersigned counsel, brings this action against the defendant, United States Secret Service (USSS), and alleges as follows:

### I. JURISDICTION AND VENUE

This action is brought pursuant to 42 U.S.C. § 1983 and 28 U.S.C. §§ 1331 and 1343.

This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1343.

Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims alleged herein occurred in this district.

### II. FACTUAL ALLEGATIONS

On December 8, 2022, Plaintiff was peacefully protesting outside the Embassy of the People's Republic of China in Washington, D.C. to protest against the persecution of Plaintiff and Plaintiff's six-month-old baby by the Chinese government.

During the protest, Plaintiff was attacked by security guards hired by the Embassy of the People's Republic of China and was injured as a result.

Despite the fact that Plaintiff had not violated any U.S. laws and was a victim of the attack, a USSS supervisor, at the direction of Chinese Embassy personnel, illegally arrested Plaintiff.

Plaintiff was detained for over 24 hours during which time Plaintiff was denied food and water, denied warm clothing, denied access to a translator, and denied the opportunity to contact an attorney, among other mistreatments. Plaintiff was not presented before a court or prosecutor

during this time.

Furthermore, Plaintiff was given a personal protection order by the Chinese Embassy which Plaintiff refused to sign, but a USSS officer falsely signed the order as if Plaintiff had received and refused to sign it. Plaintiff had no knowledge of the order.

Subsequently, Chinese Embassy personnel gave the USSS supervisor a box of mysterious gifts as a bribe in return for the supervisor's actions.

## III. CLAIMS FOR RELIEF

Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein.

Defendant, acting under color of law, violated Plaintiff's constitutional rights guaranteed by the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution.

Specifically, Defendant violated Plaintiff's right to be free from false arrest, excessive force, and unreasonable seizure, as well as Plaintiff's right to due process of law.

Defendant's conduct was intentional, reckless, and/or deliberately indifferent to Plaintiff's constitutional rights.

## IV. JURY DEMAND

## IIV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

Award Plaintiff compensatory damages in an amount to be determined at trial;

Award Plaintiff punitive damages in an amount to be determined at trial;

Award Plaintiff costs and attorneys' fees;

Award such other and further relief as the Court deems just and proper.

Respectfully submitted,

JIANBIN YUAN   */signature/*

Dated: March 8, 2023
[Address]: 207 KILLDEER TRAIL, SOUTHLAKE, TX 76092
[Phone Number]: +16263620188
[Email]: jack.yuan@ustoshop.com